## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,          Criminal No. 09-265 (1) (RHK/RLE)

vs.

**ORDER**

Daniel Allen Janowiak,

        Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: September 17, 2009

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge